No. 74–1603. GOLD *v.* HANDEL ET AL. C. A. 2d Cir. Certiorari denied.

No. 74–1604. ILLINOIS FEDERATION OF TEACHERS, AFT, AFL–CIO, ET AL. *v.* LINDBERG, COMPTROLLER OF ILLINOIS, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 74–1610. OLSEN *v.* GOODMAN. Sup. Ct. Fla. Certiorari denied.

No. 74–1611. UNITED STATES TRUST COMPANY OF NEW YORK *v.* FAS INTERNATIONAL, INC. C. A. 2d Cir. Certiorari denied.

No. 74–1615. KING RADIO CORP., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied.

No. 74–1616. STARNES *v.* PENROD DRILLING Co.; and No. 74–1617. JOHNSON *v.* PENROD DRILLING Co. C. A. 5th Cir. Certiorari denied. Reported below: 510 F. 2d 234.

No. 74–1626. BURTON *v.* CASCADE SCHOOL DISTRICT UNION HIGH SCHOOL No. 5 ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–1620. SULLIVAN *v.* DEPARTMENT OF SOCIAL SERVICES OF THE CITY OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 74–1621. LOCKETT *v.* COLEMAN ET AL. Sup. Ct. Ala. Certiorari denied.

No. 74–1627. BROWN, RECEIVER *v.* KENTUCKY ET AL. C. A. 6th Cir. Certiorari denied.